IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHERELL M. PRICE-RODGERS, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> COMPU-LINK d/b/a CELINK, ) <br> ) <br>    Defendant. ) | CIVIL ACTION NO. <br> 2:19cv937-MHT <br> (WO) |

OPINION

Plaintiff filed this lawsuit challenging a foreclosure under Alabama's constitution. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss be granted and that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of July, 2020.

                                          /s/ Myron H. Thompson  
                                  UNITED STATES DISTRICT JUDGE